AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEE, TOM S. | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF MS | 08/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT COURT JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 1/1/2020<br>to<br>12/31/2020 |

**7. Chambers or Office Address**

501 East Court Street
Suite 4.756
Jackson, MS 39201

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Tom S. Lee Family Limited Partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, TOM S. | 08/17/2021 |

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | State Employee Pension Fund; pension upon retirement age 65 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Advisory Board of Community Bancshares of MS, Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEE, TOM S. | 08/17/2021 |

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions )*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions )*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, TOM S. | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. His Nationwide VA (H) | | | | | | | | | |
| 2. Managed Risk Asset Allocation | | None | N | T | | | | | |
| 3. His IRA (H) | | | | | | | | | |
| 4. Am. Corp. Bond | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 5. Am. E.M. Bond | A | Dividend | K | T | Buy | 08/07/20 | J | | |
| 6. New World | A | Dividend | K | T | | | | | |
| 7. Bond Fund of America | C | Dividend | M | T | | | | | |
| 8. Capital Income Builder | A | Dividend | K | T | | | | | |
| 9. Growth Fund of America | B | Dividend | M | T | | | | | |
| 10. Goldman Sachs Small Cap Growth | A | Dividend | K | T | | | | | |
| 11. Inter. Bond Fund of America | B | Dividend | K | T | | | | | |
| 12. Investment Company of America | B | Dividend | L | T | | | | | |
| 13. Smallcap World | A | Dividend | L | T | | | | | |
| 14. Washington Mutual Investors | B | Dividend | M | T | | | | | |
| 15. His. Rev. Trust (H) | | | | | | | | | |
| 16. Am. Corp. Bond | A | Dividend | J | T | Buy | 08/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, TOM S. | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

NONE *(No reportable income, assets, or transactions.)*

| 17. | Am. E.M. Bond | A | Dividend | J | T | Buy | 08/07/20 | J | |
|---|---|---|---|---|---|---|---|---|---|

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New World | A | Dividend | K | T | | | | | |
| 19. Bond Fund of America | C | Dividend | M | T | | | | | |
| 20. Capital Income Builder | A | Dividend | K | T | | | | | |
| 21. Growth Fund of America | A | Dividend | L | T | | | | | |
| 22. Goldman Sachs Small Cap. Growth | A | Dividend | K | T | | | | | |
| 23. Inter. Bond Fund of America | A | Dividend | K | T | | | | | |
| 24. Investment Co. of America | A | Dividend | L | T | | | | | |
| 25. Small Cap. World | A | Dividend | L | T | | | | | |
| 26. Washington Mutual | B | Dividend | M | T | | | | | |
| 27. His FLP (H) | | | | | | | | | |
| 28. Am. Corp. Bond | A | Dividend | K | T | Buy | 08/07/20 | K | | |
| 29. Am. E.M. Bond | A | Dividend | K | T | Buy | 08/07/20 | K | | |
| 30. New World | A | Dividend | L | T | | | | | |
| 31. Bond Fund of America | D | Dividend | N | T | | | | | |
| 32. Capital Income Builder | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, TOM S. | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33. | Growth Fund of America | B | Dividend | M | T | | | | | |
| 34. | Goldman Sachs Small Cap Growth | A | Dividend | K | T | | | | | |

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Inter. Bond Fund of America | C | Dividend | L | T | | | | | |
| 36. Investment Co. of America | B | Dividend | M | T | | | | | |
| 37. Small Cap. World | A | Dividend | M | T | | | | | |
| 38. Washington Mutual | B | Dividend | M | T | | | | | |
| 39. Her IRA (H) | | | | | | | | | |
| 40. Franklin Income | A | Dividend | J | T | | | | | |
| 41. Templeton Global Balanced | A | Dividend | J | T | | | | | |
| 42. Her Rev. Trust (H) | | | | | | | | | |
| 43. Am. Corp. Bond | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 44. Am. E.M. Bond | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 45. New World | A | Dividend | K | T | | | | | |
| 46. Bond Fund of America | B | Dividend | L | T | | | | | |
| 47. Capital Income Builder | A | Dividend | J | T | | | | | |
| 48. Growth Fund of America | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

NONE *(No reportable income, assets, or transactions.)*

| 49 | Goldman Sachs Small Cap. Growth | A | Dividend | J | T | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50. | Inter. Bond of America | A | Dividend | K | T | | | | | |
| 51. | Investment Co. of America | A | Dividend | K | T | | | | | |

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Small Cap. World | A | Dividend | K | T | | | | | |
| 53. Washington Mutual | A | Dividend | L | T | | | | | |
| 54. Her VOYA VA (H) | | | | | | | | | |
| 55. Invesco Equity and Income | | None | K | T | | | | | |
| 56. Her VOYA VA II (H) | | | | | | | | | |
| 57. Invesco Equity and Income | | None | J | T | | | | | |
| 58. His VOYA VA (H) | | | | | | | | | |
| 59. Invesco Equity & Income | | None | J | T | | | | | |
| 60. Her Prudential VA (H) | | | | | | | | | |
| 61. Wellington Hedged Equity | | None | L | T | | | | | |
| 62. Advanced Strategies Portfolio | | None | L | T | | | | | |
| 63. Western Core Plus Bond | | None | M | T | | | | | |
| 64. His Prudential VA (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, TOM S. | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

NONE *(No reportable income, assets, or transactions.)*

| | Description | Amount | Type | Value | Method | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Wellington Hedged Equity | | None | L | T | | | | |
| 66. | Advanced Strategies Portfolio | | None | L | T | | | | |
| 67. | Western Core Plus Bond | | None | M | T | | | | |
| 68. | Shares of Community Bancshares of MS, Inc. | E | Dividend | P1 | T | | | | |

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Land in Scott County, MS | | None | K | W | | | | | |
| 70. Phoenix Life (Whole Life) | | None | M | T | | | | | |
| 71. Community Bancshares of MS accounts | B | Interest | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| LEE, TOM S. | 08/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report )*

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, TOM S. | 08/17/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TOM S. LEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544